1  Frederick K. Taylor (Bar No. 159838)
   PROCOPIO, CORY, HARGREAVES
2      & SAVITCH LLP
   525 B Street, Suite 2200
3  San Diego, California  92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorney for Plaintiff,
   Readify, Pty Ltd.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 | READIFY, Pty Ltd., an Australian Corporation, | Case No.:  4:12cv05357 KAW |
13 |                                                |                            |
   |           Plaintiff,                           | **PROOF OF SERVICE**       |
14 |                                                |                            |
   | v.                                             |                            |
15 |                                                |                            |
   | READIFYBLOG, an individual;                    |                            |
16 |                                                | Judge:   Hon. Kandis A. Westmore |
   |           Defendant.                           |                            |
17

1

1       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 "B" Street, Suite 2200, San Diego, California 92101. On December 24, 2012, I served the within documents:

1) Plaintiff's Ex Parte Application for Leave to Engage in Ex Parte Limited Discovery and Exhibit;

2) [Proposed] Order in Support thereof;

☒    *(Federal)* **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

*General Counsel*
*Automattic, Inc.*
60 29th Street, #343
San Francisco, CA 94110-4929
Court-orders@wordpress.com

☒    *(Federal)* I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 24, 2012, at San Diego, California.

                                                         /s/ Frederick K. Taylor
                                                         Frederick K. Taylor

120028/000001/1605610.01