Frederick K. Taylor (Bar No. 159838)
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Plaintiff,
Readify Pty Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| READIFY, Pty Ltd., an Australian Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>READIFYBLOG, an individual;<br><br>     Defendant. | Case No.: 4:12cv05357 KAW<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFF READIFY TO CONDUCT LIMITED EXPEDITED DISCOVERY**<br><br>Date:    December 24, 2012<br>Time:    11:00 a.m.<br>Dept:    4<br>Judge:   Hon. Kandis A. Westmore |
|---|---|

Upon consideration of the ex parte application of Plaintiff READIFY, PTY LTD. ("Plaintiff") to conduct limited expedited discovery to Automattic, Inc. to reveal the identity of Defendant READIFYBLOG, it is:

ORDERED that Automattic, Inc. shall show cause within___ days why such an order granting Plaintiff's aforesaid motion should not be entered.

Dated: _____                    _____
                                          Hon. Kandis A. Westmore
                                          U.S. District Court Judge