Frederick K. Taylor (Bar No. 159838)
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
525 B Street, Suite 2200
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Plaintiff,
Readify Pty Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| READIFY, Pty Ltd., an Australian Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>READIFYBLOG, an individual;<br><br>　　　　Defendant. | Case No.: 4:12cv05357 KAW<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFF READIFY TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　April 2, 2013<br>Dept:　4<br>Judge:　Hon. Kandis A. Westmore |
|---|---|

Upon consideration of the *Ex Parte* Application of Plaintiff READIFY, PTY LTD. ("Plaintiff") to continue Case Management Conference, it is hereby ordered:

The Case Management Conference currently scheduled in the above-captioned matter on April 2, 2013, is hereby continued to July 16, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  4/1/13  　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Kandis A. Westmore
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge