Frederick K. Taylor (Bar No. 159838)
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
525 B Street, Suite 2200
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Plaintiff,
Readify Pty Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| READIFY, Pty Ltd., an Australian Corporation, | Case No.: 4:12cv05357 KAW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFF READIFY TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| READIFYBLOG, an individual; | Date: April 2, 2013 |
| Defendant. | Dept: 4 |
| | Judge: Hon. Kandis A. Westmore |

Upon consideration of the *Ex Parte* Application of Plaintiff READIFY, PTY LTD. ("Plaintiff") to continue Case Management Conference, it is hereby ordered:

The Case Management Conference currently scheduled in the above-captioned matter on April 2, 2013, is hereby continued to July 16, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: __4/1/13_____                         _____
                                                                      Hon. Kandis A. Westmore
                                                                      United States Magistrate Judge

---

1

[PROPOSED] ORDER RE EX PARTE APPLICATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

DOCS 120028-000001/1726942.1