Frederick K. Taylor (Bar No. 159838)
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
525 B Street, Suite 2200
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Plaintiff,
Readify Pty Ltd.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| READIFY, Pty Ltd., an Australian Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>READIFYBLOG, an individual;<br><br>　　　　　Defendant. | Case No.: 4:12cv05357 KAW<br><br>**ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFF READIFY TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　July 16, 2013<br>Time:　1:30 p.m.<br>Dept:　4<br>Judge:　Hon. Kandis A. Westmore |

Upon consideration of the *Ex Parte* Application of Plaintiff READIFY, PTY LTD. ("Plaintiff") to continue Case Management Conference, it is hereby ordered:

The Case Management Conference currently scheduled in the above-captioned matter on July 16, 2013, is hereby continued to October 15, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 7/18/13

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

---

1
ORDER RE EX PARTE APPLICATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

DOCS 120028-000001/1796735.1