1 | Frederick K. Taylor (Bar No. 159838)
2 | PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
3 | 525 B Street, Suite 2200
    San Diego, California 92101
4 | Telephone: 619.238.1900
    Facsimile: 619.235.0398

5 | Attorney for Plaintiff,
    Readify Pty Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| READIFY, Pty Ltd., an Australian Corporation, | Case No.: 4:12cv05357 KAW |
|---|---|
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION OF PLAINTIFF READIFY TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| READIFYBLOG, an individual; | Date: July 16, 2013 |
| Defendant. | Time: 1:30 p.m. |
| | Dept: 4 |
| | Judge: Hon. Kandis A. Westmore |

Upon consideration of the *Ex Parte* Application of Plaintiff READIFY, PTY LTD. ("Plaintiff") to continue Case Management Conference, it is hereby ordered:

The Case Management Conference currently scheduled in the above-captioned matter on July 16, 2013, is hereby continued to October 15, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 7/18/13

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

1

ORDER RE EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE

DOCS 120028-000001/1796735.1